# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 18-02056-CJC (DFM) | Date | January 4, 2019 |
|---|---|---|---|
| Title | Azhar Lal v. California Dep't of Corrections and Rehabilitation et al. | | |

Present: The Honorable Douglas F. McCormick

| Denise Vo | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:** (In Chambers) Order to Show Cause re: Dismissal for Lack of Prosecution

On August 31, 2018, the Court dismissed the Complaint with leave to amend and ordered Plaintiff to file a First Amended Complaint (FAC) within 35 days. See Dkt. 9. On October 11, the Court granted Plaintiff's request for an extension of time and ordered Plaintiff to file his FAC by November 14. See Dkt. 12.

Plaintiff did not file an amended complaint by the deadline. Accordingly, within twenty-one (21) days of the date of this order, Plaintiff is ORDERED to show good cause in writing why the Court should not dismiss this action for failure to prosecute. **Plaintiff is expressly warned that if he fails to file a timely response to this Order, the Court may recommend dismissal of this action for lack of prosecution.**

Initials of Clerk: dv