JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| AZHAR LAL,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION et al.,<br><br>    Defendants. | Case No. CV 18-02056-SPG (DFM)<br><br>JUDGMENT |

    Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that Defendant's Motion for Summary Judgment (Dkt. 76) is granted and this action is dismissed with prejudice.

Date: March 26, 2024

_____
SHERILYN PEACE GARNETT
United States District Judge